**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PAREN HASMUKHBHAI PATEL,              No. CIV S-09-2923-CMK-P

          Petitioner,

   vs.                                          <u>ORDER</u>

Unknown,

          Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for

leave to proceed in forma pauperis (Doc. 2).  Petitioner's petition will be addressed separately.

       Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing

that petitioner is unable to prepay fees and costs or give security therefor.

       Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to

proceed in forma pauperis (Doc. 2) is granted.

 DATED:  October 22, 2009

                                     _____

                              **CRAIG M. KELLISON**

                              UNITED STATES MAGISTRATE JUDGE

1