IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAREN HASMUKHBHAI PATEL, | No. CIV S-09-2923-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| Unknown, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner initiated this action with a document filed on October 20, 2009. That document, however does not appear to be complete. The first page is page "5A" and seems to be a continuation of some other page "5," presumably page 5 of the form habeas application. No form application is attached to petitioner's filing. Absent the information which would be contained on this form application, such as the date of conviction, court of conviction, etc., the court cannot determine whether this action is in the proper venue or states cognizable claims. Petitioner will be required to file an amended application on the form provided. Failure to comply may result in dismissal of the entire action. <u>See</u> Local Rule 11-110.

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    Petitioner shall file an amended petition on the form provided within 30 days of the date of this order; and

4       2.    The Clerk of the Court shall send to petition the court's form petition for a writ of habeas corpus under 28 U.S.C. § 2254.

DATED: October 22, 2009

                              /s/ Craig M. Kellison
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE